USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_7/15/2020\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x

JACOB ZUCKER,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS NATIONAL BANK and CITIBANK, N.A.,

    Defendants.

--------------------------------------- x

Case No. 1:20-cv-04520-AT

**NOTICE OF SETTLEMENT WITH DEFENDANT CITIBANK, N.A.**

  Plaintiff Jacob Zucker ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Citibank, N.A., (collectively, the "parties"), and states as follows:

  1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

  2. The parties respectfully request that the Court stay this action as to Defendant Citibank, N.A and adjourn all deadlines and conferences.

DATED: July 14, 2020    **COHEN & MIZRAHI LLP**
               EDWARD Y. KROUB

               /s/ Edward Y. Kroub
               EDWARD Y. KROUB

- 2 -

EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
edward@cml.legal

*Attorneys for Plaintiff*

GRANTED.  As to Defendant Citibank, N.A. only, all deadlines and conferences are ADJOURNED *sine die*.

SO ORDERED.

Dated: July 15, 2020
        New York New York

_____
ANALISA TORRES
United States District Judge

- 2 -